IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RYAN PATRICK SULLIVAN,<br><br>Plaintiff,<br><br>vs.<br><br>BEUCHLER ET AL.,<br><br>Defendants. | CV 21-61-BLG-SPW-TJC<br><br><br><br>ORDER |

    Plaintiff Ryan Patrick Sullivan ("Sullivan") has moved to lift the stay in this matter. (Doc. 5.) This case and in the companion case of *Sullivan v. The Thirteen Judicial District Court*, CV 21-60-BLG-SPW-TJC were stayed pending the outcome of Sullivan's state court proceedings. Sullivan has also recently settled his third lawsuit, *Sullivan v. State of Montana et al.*, CV 20-80-BLG-SPW.

    The stay will be lifted.

**ORDER**

    1.    Sullivan's motion is GRANTED. The stays in these companion cases are lifted. By March 15, 2023, Sullivan will file one amended complaint, under this case number, with all of his viable remaining claims. Sullivan must review the

1

screening orders previously issued in this case and omit any claims that the Court has previously determined were not viable. Sullivan should also understand that any claim that was raised and resolved in *Sullivan v. State of Montana et al.*, CV 20-80-BLG-SPW is not viable here. After Sullivan files his amended complaint, the Court will screen it pursuant to its ordinary procedure and determine whether service is appropriate.

2. At all times during the pendency of this action, Sullivan must immediately advise the Court and opposing counsel of any change of address and its effective date. Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

DATED this 17th day of February, 2023.

*/s/ Timothy J. Cavan*
U.S. Magistrate Judge
District of Montana